## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| LARON WOODARD, | : |
| Plaintiff, | : |
| VS. | : NO. 5:20-CV-00108-MTT-CHW |
| BIBB COUNTY JAIL, *et al.*, | : |
| Defendants. | : |

## ORDER

Presently pending before the Court is a Complaint seeking relief pursuant to 42 U.S.C. § 1983 filed by *pro se* Plaintiff Laron Woodard, a prisoner most recently incarcerated in the Bibb County LEC in Macon, Georgia (ECF No. 1). On May 19, 2020, Plaintiff was ordered to either pay an initial partial filing fee of $24.17 or file a renewed motion for leave to proceed *in forma pauperis* explaining why he cannot now pay this fee. Plaintiff was given twenty-one (21) days to comply, and he was warned that the failure to fully and timely comply could result in the dismissal of his Complaint. *See generally* Order, May 19, 2020, ECF No. 5.

The time for compliance passed without a response from Plaintiff. As such, on July 10, 2020, Plaintiff was ordered to respond and show cause why his lawsuit should not be dismissed for failing to comply with the Court's orders and instructions. Plaintiff was given twenty-one (21) days to respond, and he was again warned that failure to comply would result in dismissal of his Complaint. *See generally* Order, July 10, 2020, ECF No. 6.

The time for compliance has again passed without a response from Plaintiff. This action is therefore **DISMISSED without prejudice** for Plaintiff's failure to diligently prosecute his claims and for his failure to comply with the Court's orders and instructions. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.1978)).

**SO ORDERED**, this 8th day of September, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT